

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                 |   |                        |
|-----------------|---|------------------------|
|                 | § |                        |
|                 | § |                        |
| IN RE:          | § | No. 08-20-00017-CR     |
|                 | § |                        |
| ERIC FLORES,    | § | AN ORIGINAL PROCEEDING |
|                 | § |                        |
| Relator.        | § | IN MANDAMUS            |
|                 | § |                        |
|                 | § |                        |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY, 2020.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.